IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND JONES, | No. C 20-2269 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| RICHARDS; DAVIS; PEREZ; WARDEN. | |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner. Plaintiff is currently at the Donovon Correctional Facility in San Diego, California, but he complains about events that occurred at his prior prison, Valley State Prison, in Chowchilla, California. Defendants are officials at VSP. Chowchilla is in Madera County, which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, is properly in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The clerk shall transfer this case forthwith.

**IT IS SO ORDERED.**

Dated: May  4 , 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE